# United States District Court

DISTRICT OF KANSAS

ANITA LUM WING,

                                                       JUDGMENT IN A CIVIL CASE

                   Plaintiff,

        V.

                                                      CASE NUMBER: 10-1043-EFM

MICHAEL ASTRUE, Commissioner of
Social Security,

                 Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum and Order (Doc. 20) filed on May 12, 2011 that the judgment of the Commissioner is REVERSED and judgment be entered in accordance with the fourth sentence of 42 U.S.C. § 405(g) REMAMDING the case for further proceedings.

IT IS SO ORDERED.

5/12/2011                                                     TIMOTHY M. O'BRIEN
*Date*                                                         *Clerk*

                                                                          /s Cindy McKee
                                                                         *(By) Deputy Clerk*